NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM E. SCULL,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3174

---

Petition for review of Merit Systems Protection Board in No. SF0752090565-B-2.

---

**JUDGMENT**

---

RONALD P. ACKERMAN, Law Office of Ronald P. Ackerman, of Culver City, California, argued for petitioner.

SONIA M. ORFIELD, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and SCOTT D. AUSTIN, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (PROST, BRYSON, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  |  |
|---|---|
| June 13, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
|  | Clerk |